UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HELENE SINATRA, as Executrix of the
Estate of MARIE VITTIBURGA, deceased,

                        Plaintiff,

                                 Case No. 21-CV-____

    -against-

                                 <u>CONSENT TO REMOVAL</u>

MERCER (US) INC. and NYSUT MEMBERS
BENEFIT CORPORATION d/b/a NYSUT
MEMBERS BENEFIT TRUST,

                       Defendants.
-------------------------------------------------------------------X

      Defendant Mercer US Inc., through its undersigned counsel, joins in and consents to the removal of Plaintiff Helene Sinatra's state court action (State Court Index No. 510804/2021) by Defendants NYSUT Member Benefits Corporation and NYSUT Member Benefits Trust from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, the district court for the district embracing the place where the action was pending.

Dated: June 9, 2021                By: /s/*Derek MacKenzie*
      New York, New York         Derek MacKenzie
                                                    Marsh & McLennan Companies,
                                                      Inc. | Mercer Legal
                                                    1166 Avenue of the Americas
                                                    New York, NY 10036
                                                    Derek.MacKenzie@mmc.com

                                                    Attorneys for Defendant Mercer US Inc.