UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
HELENE SINATRA, as Executrix of the  :
Estate of MARIE VITTIBURGA, deceased, :
                                                                       Plaintiff, :
                                                                        : Case No. 21-CV-____
    -against-   :
                                                                        : <u>CONSENT TO REMOVAL</u>
MERCER (US) INC. and NYSUT MEMBERS :
BENEFIT CORPORATION d/b/a NYSUT :
MEMBERS BENEFIT TRUST,    :
                                                                         Defendants. :
-------------------------------------------------------------------X

      Non-party NYSUT Member Benefits Catastrophe Major Medical Insurance Trust, through its undersigned counsel, consents to the removal of Plaintiff Helene Sinatra's state court action (State Court Index No. 510804/2021) by Defendants NYSUT Member Benefits Corporation and NYSUT Member Benefits Trust from the Supreme Court of the State of New York, County of Kings, to the United States District Court for the Eastern District of New York, the district court for the district embracing the place where the action was pending.

Dated: June 9, 2021
       New York, New York

By: /s/*Richard A. Brook*
    Richard A. Brook
    MEYER, SUOZZI, ENGLISH &
       KLEIN, P.C.
    1350 Broadway, Suite 1420
    New York, New York  10018
    (212) 239-4999
    rbrook@msek.com

    Attorneys for Non-party NYSUT
    Member Benefits Catastrophe Major
    Medical Insurance Trust